Judge McMahon

08 CV 7218

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RSUI Indemnity Company

Plaintiff,

-v-

RCG Group (USA) et al.,

Defendant.

Case No._____

**Rule 7.1 Statement**

---

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

RSUI Indemnity Company        (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Alleghany Insurance Holding LLC; Alleghany Corporation (publicly held).

Date: 8/13/08

Signature of Attorney

Attorney Bar Code: GH-0722

Form Rule7_1.pdf  SDNY Web 10/2007