```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
RSUI INDEMNITY COMPANY                     :

  Plaintiff,                               :
                                              NOTICE OF APPEARANCE
          -against-                        :        OF
                                              T.M.J. PLUMBING
RCG GROUP(USA) and RELIANCE                : and HEATING CORP.
CONSTRUCTION, LTD
                                           :
                    Defendants.
    -and-                                  :
ADAM WHITE, ESQ. AS PROPOSED
ADMINISTRATOR OF THE ESTATE OF ODIN        :  08-CV-7218
TORRES, DECEASED, JOHN DELIA PORTA AND        (JMM)(AJP)
DEBRA DELLA PORTA, THALIA M. MAZZA AS      :
PROPOSED ADMINISTRATRIX OF THE ESTATE OF
ANTHONY C. MAZZA, DECEASED AND THALIA M.   :
MAZZA INDIVIDUALLY, JESSICA L. GALLONE
AS ADMINISTRATRIX OF THE ESTATE OF SANTY   :
N. GALLONE, DECEASED AND JESSICA L.
GALLONE INDIVIDUALLY, CHRISTOPHER CANZONA:
AS PROPOSED ADMINISTRATOR OF THE ESTATE
OF CLIFFORD CANZONA, DECEASED, SULE        :
CABUKYUKSEL, TOWER INSURNCE COMPANY OF
NEW YORK, HARLEYSVILLE INSURANCE           :
COMPANY, AYEFER DOGAN, HUSEYIN, BAHADIR
DOGAN, RASMI YILMAZ, AMERICAN              :
INTERNATIONAL INSURANCE COMPANY OF NEW
JERSEY, JENNIFER ANNE BATTISTELLO, JHON    :
GALLEGO, ALLSTATE INSURANCE COMPANY,
ANDREW CEMPA, JR. CAROLYN EVANS, JOSHUA    :
D. MINTER, BREE DABERKO, DEMETRIOUS
PAPAIOANNOU, AL SALGADO, NATIONWIDE        :
MUTUAL INSURANCE CONPANY, DONNA FREEL,
FUBAR PARTNERS, INC. T/A FUBAR             :
GOVERNMENT EMPLOYEES INSURANCE COMPANY
KELLY NAIL CENTER, STATE FARM INSURANCE    :
COMPANIES, DOROTA RYCKO, GREATER NEW
YORK MUTUAL INSURANCE COMPANY, WILLIAM     :
RAPETTI AND AUDREY RAPETTI, CHRIS GARCIA
TIFFANY L. LAYNE, DOKAUSA, LTD, ROSALIE    :
STEPHENS AS PROPOSED ADMINISTRATRIX OF
THE ESTATE OF AARON STEPHENS, DECEASED     :
```

continued on next page

```
EILEEN HAYES, MARGERY JANE BONIA, EAST
51ST STREET DEVELOPMENT COMPANY, LLC,      :
BRUCE BERNSTEIN, JUAN PEREZ, LEXINGTON
INSURANCE COMPANY, CLARENCE AND TERESA     :
KWEI, DENISE BLEIDNER, LIBERTY MUTUAL
INSURANCE COMPANY, ROBERT AND ANY TUCKER   :
VICTOR GUANAQUIZ, KATHLEEN TOMPKINS,
EDWARD ALLEN, CATHERINE COHEN, 964         :
ASSOCIATES LLC. 968 KINGSMEN LLC
CHRISTINE SALEEMI, TRAVELERS INDEMNITY     :
COMPANY, STONINGTON INSURANCE COMPANY,
PHOENIX INSURANCE COMPANY, LUZ LALICH      :
KBL 51ST STREET LTD, PARTNERSHIP,
EVEREST NATIONAL INSURANCE COMPANY,        :
CHARTER OAK FIRE INSURANCE COMPANY,
AUTOMOBILE INSURANCE COMPANY OF HARTFORD   :
BARKER STEEL CO. INC.,LINEAR CONTRACTING
INC., T.M.J. PLUMBING AND HEATING CORP.,   :
AND JOHN DOES 1-300,
                                           :
            Nominal Defendants.
                                           :
-------------------------------------------X
```

SIRS:

Please take notice that Nominal Defendant TMJ Plumbing and Heating Corp. by its attorneys, Steven G. Rubin & Associates, P.C., hereby appears in the within Action.

Dated:  Melville, New York
        August 26, 2008

                            STEVEN G. RUBIN & ASSOCIATES, P.C.

                                    /S/
                            By: _____
                                Steven G. Rubin for the firm
                                Attorneys for Defendant
                                TMJ Plumbing and Heating Corp.
                                225 Old Country Road
                                Melville, New York 11747
                                (631) 622-0007
                                File No. 1302.10/22418

Certificate of Service

I hereby certify that on August 6, 2008, the foregoing document was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Southern District's Rules on Electronic Service upon the following parties and participants:

Hardin, Kundla, McKeon & Poletto, P.A.
Attorneys for Plaintiff
110 William Street
New York, New York 10038
(212) 571-0111

          /s/ Steven Rubin
Steven G. Rubin (SR0351)
Steven G. Rubin & Associates, P.C.
Attorneys for Defendant
TMJ Plumbing and Heating Corp.
225 Old Country Road
Melville, New York 11747
(631) 622-0007
File No. 1302.10/22418