AO 440  (Rev. 8/01)  Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | 9/29/2008 |
| NAME OF SERVER *(PRINT)*<br>Guy Gonzalez | TITLE | Process Server |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant.  Place where served:

    Elizabeth Eileder, Esq., Jaroslawicz and Jaros, 225 Broadway, NYC o/b/o Bruce Bernstein

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on     9/30/2008
           Date            *Signature of Server*

        Gold Investigations, Inc., Elmsford, New York
        *Address of Server*

Jorge B. Solano
Notary Public, State of New York
No. 01SO6163544
Qualified in Kings County
Commission Expires 3/26/20__

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.